# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  11-2987
_____

Lonnie D. Snelling

Plaintiff - Appellant

v.

Michelin North American, Inc., Indispensable Party; Louis J Basso, Indispensable Party; Thompson Coburn, LLP; Ann Ahrens Beck, Attorney #51309, Individually, Jointly and as Employee/ Associate; Lou Fusz Motors Company, Indispensable Party; Ogletree, Deakins, Nash, Smoak & Stewart, PC, Individuall, Jointly and as Employer; Heidi Kuns Durr, Attorney, Individually, Jointly and as Employee/ Associate; General Motors Corporation, Indispensable Party; Turner, Reid, Duncan, Loomer, and Patton, PC; George W. Reinbold, IV, Attorney, Individually, Jointly and as Employee/ Associate; WPC Corporation, Indispensable Party; Riverfront Times, Individually, Jointly and as Employer; Kristen Hinman, Individually, Jointly and as Employee; Tom Finkel, Individually, Jointly and as Employee; Mark Sableman, Attorney, Individually, Jointly and as Employee/ Associate; Michael Lee Nepple, Attorney, Individually, Jointly and as Employee/ Associate; Phillip I. Morse, Individually and Jointly Cottleville Towne Centre; Dennis Ownes, Attorney, Individually and Jointly; Barbara A. Crancer, Judge, Indispensable Party, Twenty-First Judicial Circuit, State of Missouri; John J. Riley, Judge, Indispensable Party, Twenty-Second Judicial Circuit, State of Missouri; Michael F. Stelzer, Associate Judge, Indispensable Party, Twenty-Second Judicial Circuit, State of Missouri; Elizabeth B. Hogan, Associate Judge, Indispensable Party, Twenty-Second Judicial Circuit, State of Missouri; Melvyn W. Wiesman, Judge, Indispensable Party (Retired), Twenty-First Judicial Circuit, State of Missouri; Thomas J. Prebil, Judge, Indispensable Party, Twenty-First Judicial Circuit, State of Missouri; John and Jane Does, Judges, Indispensable Parties, Missouri Court of Appeals, Eastern District; John and Jane Does, Judges, Indispensable Parties, Missouri Supreme Court, State of Missouri; Karen A. Baudendistel; Armstrong Teasdale, LLP. One Metropolitian Square, Suite 2600, St. Louis, MO 63102

Defendants - Appellees

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:10-cv-02220-AGF)

------

**JUDGMENT**

      This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

      November 16, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans